Attachment for Contempt CO-528 (Rev. - DC 4/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**In Re:** DOMINIC NOVAK
vs.
CAPITAL MANAGEMENT AND
DEVELOPMENT CORP., ET AL

Misc. No. 07-212

## ATTACHMENT FOR CONTEMPT

TO ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER:

**You are hereby commanded to arrest** _____JOHN HENDERSON_____ whose address is _8206 GLENDALE DRIVE, FREDERICK, MARYLAND 21702_____
and bring him/her forthwith before the United States District Court for the District of Columbia for the reason that he/she:

[✓] willfully failed to appear after having been served with a subpoena

**OR**

[ ] willfully evaded service of a subpoena pursuant to Title 18 USC 3144.

[ ] You are further commanded to detain _____ in your custody until he/she is discharged by the Court.

**OR**

[✓] You are hereby commanded to bring said person forthwith to Courtroom __27A__, United States District Court for the District of Columbia.

Upon order of the Honorable ____HENRY H. KENNEDY, JR.____, United States District Judge this __21__ day of ____MAY____, _2007_.

NANCY MAYER-WHITTINGTON, Clerk
By: _____
Deputy Clerk

---

**RETURN\***
DISTRICT OF COLUMBIA
Received the within warrant the _____ day of _____ ,20 _____ and executed same.

By: _____