UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOMINIC NOVAK,<br><br>        Plaintiff,<br><br>        v.<br><br>CAPITAL MANAGEMENT AND DEVELOPMENT CORP.<br><br>        Defendant,<br><br>JOHN HENDERSON,<br><br>        Respondent. | Miscellaneous 07-00212 (HHK) |

**ORDER QUASHING AND VACATING BENCH WARRANT**

A bench warrant was issued for John Henderson's arrest on May 21, 2007, for his failure to appear after being served with a subpoena. It appears that Henderson was not served with the subpoena.

Accordingly, it is this 22nd of May, 2007, hereby

**ORDERED** that the bench warrant is **QUASHED**; and it is further

**ORDERED** that the court's order issuing the bench warrant [#1] is **VACATED.**[1]

                                                      Henry H. Kennedy, Jr.
                                                      United States District Judge

---

[1] This order is issued for the purposes expressed by the order and to indicate that Mr. Henderson did not engage in any wrongdoing.